B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## District of Nevada

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Beltway One Development Group LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **74-3111503** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **9115 W. Russell Rd., Ste. 210 Las Vegas, NV** ZIP Code **89148** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    *** Gerald M. Gordon, Esq. Nevada Bar No. 229 ***    THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                    Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Beltway One Development Group LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.
If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)
■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)
☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Beltway One Development Group LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X [signature]
Signature of Attorney for Debtor(s)

**Gerald M. Gordon, Esq. Nevada Bar No. 229**
Printed Name of Attorney for Debtor(s)

**Gordon Silver**
Firm Name

**3960 Howard Hughes Parkway
Ninth Floor
Las Vegas, NV 89169**
Address

**(702) 796-5555  Fax: (702) 369-2666**
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X [signature]
Signature of Authorized Individual
**Todd A. Nigro**
Printed Name of Authorized Individual
**Manager of Nigro Development LLC, Manager of Debtor**
Title of Authorized Individual
7/13/11
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **Beltway One Development Group LLC**            Case No. _____

                                                    Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Horizon Village Square LLC**<br>Nevada | Affiliate | 07/13/11 |
| **Nigro HQ LLC**<br>Nevada | BK-S-11-21014-MKN<br>Affiliate | 07/13/11<br>Nakagawa |
| **Russell Boulder, LLC**<br>Nevada | BK-S-10-29724-MKN<br>Affiliate | 10/19/10<br>Nakagawa |
| **Ten Saints LLC**<br>Nevada | Affiliate | 07/13/11 |

## ACTION BY WRITTEN CONSENT OF THE SOLE MANAGER
## OF BELTWAY ONE DEVELOPMENT GROUP LLC,
### a Nevada limited liability company

The undersigned, being the sole manager ("*Manager*") of Beltway One Development Group LLC, a Nevada limited liability company (the "*Company*"), hereby ratifies and adopts the following resolutions, effective as of the 13th day of July 2011 (the "*Effective Date*"):

RESOLVED: Beltway One Management Group LLC, the Manager of the Company, is hereby authorized to execute and file on behalf of the Company a petition for relief under Chapter 11 of Title 11 of the United States Code (the "*Bankruptcy Code*"), in the United States Bankruptcy Court for the District of Nevada.

FURTHER RESOLVED: Todd Nigro shall be designated as the natural person responsible for carrying out the duties of debtor and debtor-in-possession, including, but not limited to, executing all pleadings and paperwork required to effectuate the reorganization of the Company under the Bankruptcy Code.

FURTHER RESOLVED: The Manager authorizes, directs, and ratifies the Company's hiring of the law firm of Gordon Silver to represent the Company in such bankruptcy case.

IN WITNESS WHEREOF, the undersigned has executed this consent as of the Effective Date.

**BELTWAY ONE DEVELOPMENT GROUP LLC,**
a Nevada limited liability company

By:  BELTWAY ONE MANAGEMENT GROUP LLC,
a Nevada limited liability company, its manager

    By:  NIGRO DEVELOPMENT LLC,
    a Nevada limited liability company, its manager

        By: _____
        Name: Todd Nigro
        Title: Manager

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   **Beltway One Development Group LLC**                                  Case No. _____
                                                  Debtor(s)                    Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Ellsworth Gilman Johnson & Stout LLC<br>Attn: Managing Member<br>7881 W. Charleston Blvd.<br>Las Vegas, NV 89117 | Ellsworth Gilman Johnson & Stout LLC<br>Attn: Managing Member<br>7881 W. Charleston Blvd.<br>Las Vegas, NV 89117 | | | 2,500.00 |
| NV Energy<br>Attn: Managing Member<br>PO Box 10100<br>Reno, NV 89520 | NV Energy<br>Attn: Managing Member<br>PO Box 10100<br>Reno, NV 89520 | | | 2,069.16 |
| Sharper Cleaning<br>Attn: Managing Member<br>5880 Boulder Falls. Apt 2035<br>Henderson, NV 89011 | Sharper Cleaning<br>Attn: Managing Member<br>5880 Boulder Falls. Apt 2035<br>Henderson, NV 89011 | | | 1,000.54 |
| Accurate Building Maintenance LLC<br>Attn: Managing Member<br>3062 Sheridan St.<br>Las Vegas, NV 89102 | Accurate Building Maintenance LLC<br>Attn: Managing Member<br>3062 Sheridan St.<br>Las Vegas, NV 89102 | | | 977.00 |
| Southland Industries Fire Protection<br>Attn: Managing Member<br>4765 Cameron St<br>Las Vegas, NV 89103 | Southland Industries Fire Protection<br>Attn: Managing Member<br>4765 Cameron St<br>Las Vegas, NV 89103 | | | 485.00 |
| EDS Electronics<br>Attn: Managing Member<br>2675 W. Cheyenne Ave.<br>North Las Vegas, NV 89032 | EDS Electronics<br>Attn: Managing Member<br>2675 W. Cheyenne Ave.<br>North Las Vegas, NV 89032 | | | 450.00 |
| Las Vegas Valley Water District<br>Attn: Managing Member<br>1001 S. Valley View Blvd.<br>Las Vegas, NV 89153 | Las Vegas Valley Water District<br>Attn: Managing Member<br>1001 S. Valley View Blvd.<br>Las Vegas, NV 89153 | | | 347.42 |
| Century Link<br>Attn: Bankruptcy Department<br>100 Century Tel Drive<br>Monroe, LA 71201 | Century Link<br>Attn: Bankruptcy Department<br>100 Century Tel Drive<br>Monroe, LA 71201 | | | 37.02 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Beltway One Development Group LLC** _____   Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Southwest Gas Corporation<br>Attn: Managing Member<br>PO Box 1498<br>Victorville, CA 92393 | Southwest Gas Corporation<br>Attn: Managing Member<br>PO Box 1498<br>Victorville, CA 92393 | | | 23.45 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of Nigro Development LLC, Manager of Debtor of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date ____7/13/11____        Signature _____
                                        Todd A. Nigro
                                        **Manager of Nigro Development LLC, Manager of Debtor**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Nevada

In re  **Beltway One Development Group LLC**      Case No. _____
                                    Debtor(s)      Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of Nigro Development LLC, Manager of Debtor of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    7/13/11

Todd A. Nigro/Manager of Nigro Development LLC, Manager of Debtor
Signer/Title

Beltway One Development Group LLC
9115 W. Russell Rd., Ste. 210
Las Vegas, NV 89148

Office of the United States Trustee
300 Las Vegas Blvd., South, #4300
Las Vegas, NV 89101

Accurate Building Maintenance LLC
Attn: Managing Member
3062 Sheridan St.
Las Vegas, NV 89102

BB&T
Attn: Managing Member
PO Box 31273
Charlotte, NC 28231

Century Link
Attn: Bankruptcy Department
100 Century Tel Drive
Monroe, LA 71201

Chicago Title of Nevada, Inc.
Attn: Donna Albanez
9075 W. Diablo Drive #100
Las Vegas, NV 89148

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Parkway
P.O. Box 551220
Las Vegas, NV 89155-1220

Clark County Water Reclamation District
Attn: Managing Member
5857 E. Flamingo Road
Las Vegas, NV 89122

Dept. of Employment, Training &
Rehabilitation, Employment Security Div.
500 East Third St.
Carson City, NV 89713

Desert Canyon Owners Association Inc.
Attn: Managing Member
9115 W. Russell Rd
Las Vegas, NV 89148

EDS Electronics
Attn: Managing Member
2675 W. Cheyenne Ave.
North Las Vegas, NV 89032

Ellsworth Gilman Johnson & Stout LLC
Attn: Managing Member
7881 W. Charleston Blvd.
Las Vegas, NV 89117

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Las Vegas Valley Water District
Attn: Managing Member
1001 S. Valley View Blvd.
Las Vegas, NV 89153

Nevada Department of Taxation
Bankruptcy Section
4600 Kietzke Ln., Ste. L-235
Reno, NV 89502

Nigro Constructions
Attn: Managing Member
9115 W. Russell Rd
Las Vegas, NV 89148

NV Energy
Attn: Managing Member
PO Box 10100
Reno, NV 89520

Republic Services of Southern Nevada
Attn: Managing Member
770 E. Sahara Ave.
Las Vegas, NV 89104

Rick Yach
Branch Banking and Trust Company
10501 W. Gowan Road
Suite 230
Las Vegas, NV 89129

Robert Holmes
Branch Banking and Trust Company
8144 Walnut Hill Lane
Suite 180
Dallas, TX 75231

Sharper Cleaning
Attn: Managing Member
5880 Boulder Falls. Apt 2035
Henderson, NV 89011

Southland Industries Fire Protection
Attn: Managing Member
4765 Cameron St
Las Vegas, NV 89103

Southwest Gas Corporation
Attn: Managing Member
PO Box 1498
Victorville, CA 92393

State of Nevada Dept. of Motor Veh
Attention Legal Division
555 Wright Way
Carson City, NV 89711

Wells Fargo
Attn: Managing Member
PO Box 60503
City Of Industry, CA 91716-0503